

# *Ninth Court of Appeals*

BE IT REMEMBERED:

       THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

       "Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated June 27, 2013, it is ordered that these causes be transferred to the Fourteenth Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Fourteenth Court of Appeals.

| | |
|---|---|
| 09-13-291-CR | Eric Jarrod Williams v. State of Texas |
| 09-13-296-CR | James Otis O'Bryant v. State of Texas |
| 09-13-297-CR | James Otis O'Bryant v. State of Texas |
| 09-13-300-CV | Kish Dano Powell v. Monica Powell |
| 09-13-301-CR | Troy Aikman Erwin v. State of Texas |
| 09-13-302-CR | Troy Aikman Erwin v. State of Texas |
| 09-13-303-CR | Brandon James Hicks v. State of Texas |
| 09-13-305-CR | Daniel Marritt Staley v. State of Texas |
| 09-13-306-CR | Daniel Marritt Staley v. State of Texas |
| 09-13-308-CV | In the Guardianship of Brandy N. Hollis, an incapacitated person |
| 09-13-311-CR | Paul LeBlanc v. State of Texas |
| 09-13-312-CV | John Russell Coffman v. Celesste Elane Coffman Melton |
| 09-13-313-CR | James Alan Jenkins v. State of Texas |
| 09-13-314-CV | Jefferson County, Texas v. Donna Davis |
| 09-13-315-CR | Joshua George Nowland v. State of Texas |
| 09-13-317-CV | Teria Lynn v. Charla Pate |
| 09-13-318-CV | Deana Kay Collier Greenfield v. Robert Ray Greenfield et al |
| 09-13-321-CV | Arthur F. Preston, Individually et al v. Stephanie Ann Preston |
| 09-13-326-CR | Dennarious Cortes Banyon v. State of Texas |
| 09-13-330-CV | Eddie Roy Taylor v. Janice Renee Taylor Bridges |

       I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Fourteenth District of Texas at Houston as appears of record in Minute Book Volume 17 Page 425."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 24th of July 2013.

_____
Carol Anne Harley
Clerk of the Court